IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                                           CRIMINAL NO. 5:06cr17WHB-JCS

CORY RAY GOOD

## ORDER OF DISMISSAL
## COUNTS 1 AND 2

Due to an errant entry into the Court Record regarding the counts charged in the initial indictment of Cory Ray Good, the Government submits the following:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 2 of the Criminal Indictment against the defendant, CORY RAY GOOD, with prejudice.

                                                         DUNN LAMPTON
                                                         United States Attorney

                                                         /s/Dave Fulcher
                                              By:    DAVE FULCHER
                                                          Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 and 2.

ORDERED this  11th  day of    December   , 2006.

                                                         s/ David Bramlette
                                                         HONORABLE DAVID C. BRAMLETTE, III
                                                         UNITED STATES DISTRICT JUDGE